**FUSCO & MACALUSO PARTNERS, LLC**
Alfred V. Gellene, Esq.
Bar No. 003091979
150 Passaic Avenue
P.O. Box 838
Passaic, New Jersey 07055
Tel. (973) 779-1163
Attorney(s) for Defendant Angel Concepcion Vasquez

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| Plaintiff, : | |
| vs. : | CASE NO. 2:15-cr-0021-KM |
| ANGEL CONCEPCION-VASQUEZ : | |
| Defendant(s) : | CONSENT ORDER REGARDING BAIL CONDITIONS |

This matter having been brought before the Court by application of the Defendant, Alfred V. Gellene, Esq., Fusco & Macaluso Partners, LLC appearing, and it appearing that due notice of the same having been given to the United States, Melissa Wangenheim, A.U.S.A., and the United States having consented to the same, and good cause having been shown,

IT IS on this 9th day of ~~February~~ MARCH, 2015,

ORDERED that the bail conditions for the defendant Angel Concepcion-Vasquez, be and is hereby modified to provide that he may leave his home where he is currently under house arrest pursuant to a curfew with electronic monitoring with hours approved by Pre-Trial Services.

_____
HON. KEVIN MCNULTY, J.D.C.

I consent to the form and entry of the within Order.

Date: _____
Melissa Wangenheim, A.U.S.A.